David S. Nalven, DN-2374
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts  02142
Telephone:  (617) 482-3700
Facsimile:   (617) 482-3003

Steve W. Berman, *pro hac vice* (pending application and approval)
Robert F. Lopez, *pro hac vice* (pending application and approval)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

Michael P. Lewis, *pro hac vice* (pending application and approval)
LEVETOWN & JENKINS, LLP
1 Metro Center
700 12th St. N.W., Suite 700
Washington, DC  20005
Telephone:  (202) 379-4899
Facsimile:   (866) 278-2973

*Attorneys for Richard Statler, D.C., and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD STATLER, D.C., individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL, INC., a Delaware corporation, )<br>)<br>Defendant. ) | C.A. No.  10-3798<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

- 1 -

- 2 -

PLEASE TAKE NOTICE that upon the annexed affidavit of applicant Robert F. Lopez in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of applicant, of counsel at the firm of Hagens Berman Sobol Shapiro LLP and a member in good standing of the Bar of the State of Washington, as attorney *pro hac vice* to argue or try this case in whole or in part a counsel for plaintiff Richard Statler, D.C., and the proposed class.  There are no pending disciplinary proceedings against applicant in any State or Federal court.

DATED:  August 20, 2010.  Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP


By     /s/ David S. Nalven
       David S. Nalven, DN-2374
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts  02142
Telephone:  (617) 482-3700
Facsimile:   (617) 482-3003