David S. Nalven, DN-2374
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts  02142
Telephone:  (617) 482-3700
Facsimile:   (617) 482-3003

Steve W. Berman, *pro hac vice* (pending application and approval)
Robert F. Lopez, *pro hac vice* (pending application and approval)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594

Michael P. Lewis, *pro hac vice* (pending application and approval)
LEVETOWN & JENKINS, LLP
1 Metro Center
700 12th St. N.W., Suite 700
Washington, DC  20005
Telephone:  (202) 379-4899
Facsimile:   (866) 278-2973

*Attorneys for Richard Statler, D.C., and the Proposed Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICHARD STATLER, D.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELL, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 10-3798<br><br>AFFIDAVIT OF ROBERT F. LOPEZ IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

State of Washington   )
                                    ) ss:
County of King           )

ROBERT F. LOPEZ, being duly sworn, hereby deposes and says as follows:

1. I am of counsel with the law firm of Hagens Berman Sobol Shapiro LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Washington.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for plaintiff Richard Statler, D.C., and the proposed class.

DATED: August 20, 2010.

_____
Robert F. Lopez, WSBA #21057
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Email: robl@hbsslaw.com
Telephone: (206) 623-7292

SUBSCRIBED AND SWORN to before me this 20th day of August, 2010.

_____
NOTARY PUBLIC in and for the
State of Washington, residing at
Seattle.



010193-11 388932 v1

# STATUS CERTIFICATE

This certifies that

# ROBERT F. LOPEZ

was admitted to the Bar of the State of Washington on November 13, 1991, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of August 13, 2010.

Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Avenue, Suite 600
Seattle, WA  98101-2539
206-443-WSBA