UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD STATLER, D.C., individually and
on behalf of all others similarly situated,

                     Plaintiff,

    - against -

DELL, INC., a Delaware corporation,

                     Defendant.
-----------------------------------------------------------X

**ORDER**

CV 10-3798 (LDW) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Attorney Steve W. Berman and Attorney Robert F. Lopez are permitted to argue or try this case in whole or in part as counsel or advocate.  By September 8, 2010, Mr. Berman and Mr. Lopez shall each register for ECF.  Registration is available online at the EDNY's homepage.  Once registered, Mr. Berman and Mr. Lopez shall file notices of appearances and ensure that they receive electronic notification of activity in this case.

                                                                               **SO ORDERED.**

Dated: Central Islip, New York
        August 25, 2010

                                                        /s/ A. Kathleen Tomlinson
                                                        A. KATHLEEN TOMLINSON
                                                        U.S. Magistrate Judge