UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| RICHARD STATLER, D.C., individually and on behalf of all others similarly situated, | No. 10-CV-03798 (LDW) (AKT) |
| Plaintiff, | ECF CASE |
| - against - | |
| DELL, INC., a Delaware corporation, | **NOTICE OF APPEARANCE** <br> **FOR DEFENDANT DELL INC.** |
| Defendant. | |

------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel for Defendant Dell Inc. in the above-captioned matter. All pleadings, notices, orders, correspondence and other papers in connection with this action shall be served upon the undersigned attorney, who is duly admitted to practice before this court.

Dated:  New York, New York
        September 17, 2010

                                    By: /s/    Jennifer S. Kozar
                                        Jennifer S. Kozar
                                        ALSTON & BIRD LLP
                                        90 Park Avenue
                                        New York, NY 10016
                                        (212) 210-9400
                                        (212) 210-9444 (fax)

                                        *Attorneys for Defendant Dell Inc.*