**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICHARD STATLER, D.C., individually and
on behalf of all others similarly situated,

                        Plaintiff,

        - against -

                                   **ORDER**

                              CV 10-3798 (LDW) (AKT)

DELL, INC., a Delaware corporation

                        Defendant.
-----------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Attorney Michael P. Lewis is permitted to argue or try this case in whole or in part as counsel or advocate.  By October 6, 2010, Mr. Lewis shall register for ECF.  Registration is available online at the EDNY's homepage.  Once registered, Mr. Lewis shall file a notice of appearance and ensure that he receives electronic notification of activity in this case.

                                                 **SO ORDERED.**

Dated: Central Islip, New York
         September 27, 2010

                                        /s/ A. Kathleen Tomlinson
                                        A. KATHLEEN TOMLINSON
                                        U.S. Magistrate Judge